Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–19544–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamer M. Zakhary
   110 Birch Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx–xx–9676

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/25/24
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 8, 2023
JAN: dmc

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-19544-JKS

Tamer M. Zakhary                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: 132 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamer M. Zakhary, 110 Birch Street, Bloomfield, NJ 07003-4018 |
| 520065275 | | Christopher Tobia, Address Required, Bloomfield, NJ 07003 |
| 520065278 | + | Diane/Virgilio, 110 Birch Street, Bloomfield, NJ 07003-4018 |
| 520065281 | + | Law Offices Parker McCay PA, 9000 Midlantic Drive, Suite 5054, Mount Laurel, NJ 08054-1539 |
| 520065285 | | Pnc Bank, K A16 2j, Kalamazoo, MI 49009 |
| 520065283 | + | Pnc Bank, P.O.Box 500/K A16 2j, Portage, MI 49081-0500 |
| 520065286 | + | Wilmington Savings Fund/CSMC, 15480 Laguna Canyon Road, Irvine, CA 92618-2132 |
| 520065287 | + | Wilmington Savings Fund/CSMC, Parker McCay P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 08 2023 20:49:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520065273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:06 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520065272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2023 20:51:05 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520065276 | + | Email/Text: EDI@CACIONLINE.NET | Nov 08 2023 20:49:00 | Consumer Adjustment Co, 12855 Tesson Ferry Rd, Saint Louis, MO 63128-2911 |
| 520065279 | | Email/Text: mrdiscen@discover.com | Nov 08 2023 20:48:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520065277 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 08 2023 21:14:13 | Dept Of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520072288 | | Email/Text: mrdiscen@discover.com | Nov 08 2023 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520065280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 08 2023 20:51:14 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520065282 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:06 | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520065284 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2023 20:48:00 | Pnc Bank, 2730 Liberty Av, Pittsburgh, PA 15265 |

TOTAL: 12

District/off: 0312-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Nov 08, 2023                                Form ID: 132                                    Total Noticed: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520065274 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Cbna, Ccs Gray Ops Center, Gray, TN 37615 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Tamer M. Zakhary fitz2law@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee of CSMC 2019-RPL5 Trust dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4