| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Nicholas Fitzgerald Esq.,/NF6129 Fitzgerald & Associates, Attorneys At Law 649 Newark Avenue Jersey City, NJ 07306 (201) 533-1100 nickfitz.law@gmail.com | Case No.: | 23-19544 |
| | Chapter: | 13 |
| In Re: Tamer M. Zakhary | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Sherwood |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Tamer M. Zakhary__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __December 13, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Respecting Amendment to Schedule E/F; Notice of Creditors Meeting, Notice of Confirmation Hearing; and Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 13, 2023__                    _[signature]_
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tamer M. Zakhary<br>110 Birch Street<br>Bloomfield, NJ 07003 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barclays Bank/US Airways<br>1007 Orange Street<br>Suite 1541<br>Wilmington DE 19801 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Airways<br>111 West Rio Salado Parkway<br>Tempe AZ 85281 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher Tobia<br>310 Third Avenue, Rear<br>Bradley Beach, NJ 07720 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |