---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Tamer M. Zakhary

Case No.: 23-19544

Chapter: 13

Adv. No.:

Hearing Date:

Judge: SHERWOOD

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Tamer Zakhary__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 12, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Amendment to Schedules E/F;
   Notice Confirmation Hearing; and Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 12, 2024

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd, Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tamer M. Zakhary<br>110 Birch Street<br>Bloomfield, NJ 07003 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amit Shah, DPM LLC<br>3176 Route 27<br>Suite 1C<br>Kendall Park NJ 08824 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cach of NJ LLC<br>c/o Resurgent Capital Services<br>PO Box 10497<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fein Such Kahn & Shepard<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase Bank USA<br>PO Box 15548<br>Wilmington DE 19886 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brad D. Layton<br>JP Morgan Chase<br>900 US Highway 9 North<br>Suite 600<br>Woodbridge, NJ 07095 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| E-Systems Group LLP<br>1850 Lefthand Circle<br>Longmont CO 80501 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hinman Howard & Katell LLP<br>250 Pehle Avenue<br>Suite 200<br>Saddle Brook NJ 07663 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LabCorp Holdings<br>531S Spring Street<br>Burlington NC 27215 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cigna/The Progressive Corporation<br>401 Chestnut Street<br>Chattanooga, TN 37402 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding<br>320 E. Big Beaver Road<br>Troy MI 48083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler Felt & Warshaw<br>Attorneys At Law<br>7 Entin Road<br>Parsippany NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding/Wachovia Bank<br>320 E Big Beaver Road<br>Troy MI 48083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Princeton ENT & Sleep LLC<br>10 Forrestal Road South<br>Princeton NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| UMCP at Plainsboro Ed NJ<br>1 Plainsboro Road<br>Plainsboro NJ 08536 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CACI<br>500 Northwest Plaza Drive<br>Suite 300<br>Saint Ann, MO 63074 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Your Heart Doc LLC/Dr. Rany Saleh<br>PO Box 629<br>Franklin Lakes NJ 07417 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*