FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  TAMER M. ZAKHARY  
     110 BIRCH STREET  
     BLOOMFIELD,  NJ  07003

Atty:  FITZGERALD & ASSOCIATES PC  
      649 NEWARK AVE  
      JERSEY CITY, NJ  07306

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 23-19544

### RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/04/2023 | $1,700.00 | | | | |

**Total Receipts: $1,700.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,700.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 272.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | CITIBANK NA | UNSECURED | 310.16 | 0.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 411.38 | 0.00% | 0.00 | 0.00 |
| 0004 | CHRISTOPHER TOBIA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CONSUMER ADJUSTMENT CO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,899.64 | 0.00% | 0.00 | 0.00 |
| 0009 | JPMORGAN CHASE BANK NA | UNSECURED | 2,970.45 | 0.00% | 0.00 | 0.00 |
| 0011 | MACYSCBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | PNC BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,598.84 | 0.00% | 0.00 | 0.00 |
| 0016 | RUSHMORE SERVICING | (NEW) Prepetition A | 95,724.16 | 100.00% | 0.00 | 0.00 |
| 0019 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,786.07 | 0.00% | 0.00 | 0.00 |
| 0020 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-19544**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0026 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | BARCLAYS BANK/US AIRWAYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | AMIT SHAH DPM LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | CACH OF NJ LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | CHASE BANK USA, NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | E-SYSTEMS GROUP LLP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | LABCORP HOLDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | MIDLAND FUNDING/WACHOVIA BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | PRINCETON ENT AND SLEEP LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | UMCP AT PLAINSBORO ED NJ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | YOUR HEART DOC LLC/DR. RANY SALEH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $272.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,700.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $272.00     =     Funds on Hand: $3,128.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.