UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Tamer Zakhary

Case No.: 23-19544

Chapter:

Adv. No.:

Hearing Date: 03/14/2024

Judge: SHERWOOD

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Nicholas Fitzgerald Esq., who represents Tamer Zakhary in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 23, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Chapter 13 Plan Transmittal; and Modified Chapter 13 Payment Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 23, 2024

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tamer M. Zakhary<br>110 Birch Street<br>Bloomfield, NJ 07003 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society FSB<br>c/o Rushmore Servicing<br>PO Box 619094<br>Dallas, TX 75261-9741 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pluese Becker & Saltzman LLC<br>Attorneys At Law<br>20000 Horizon Way, Suite 900<br>Mt. Laurel NJ 08054-4318 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
**649 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**
---------------------------------------
TELEPHONE (201) 533-1100
FAX (201) 533-1111
nickfitz.law@gmail.com

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

23-19544-JKS Tamer M. Zakhary
# Creditors

**Amit Shah, DPM LLC**
3176 Route 27
Suite 1C
Kendall Park NJ 08824

**Barclays Bank/US Airways**
1007 Orange Street
Suite 1541
Wilmington DE 19801

**Brad D. Layton**
JP Morgan Chase
900 US Highway 9 North
Suite 600
Woodbridge NJ 07095

**Cach of NJ LLC**
c/oResurgent Capital Services
PO Box 10497
Greenville SC 29603

**CACI**
500 Northwest Plaza Drive
Suite 300
Saint Ann MO 63074

**Capital One**
Po Box 85064
Glen Allen, VA 23058

**Capital One N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Cbna**
50 Northwest Point Road
Elk Grove Village, IL 60007

**Cbna**
Ccs Gray Ops Center
Gray, TN 37615

**Chase Bank USA**
PO Box 15548
Wilmington DE 19886

**Christopher Tobia**
310 Third Avenue, Rear
Bradley Beach, NJ 07720

**Christopher Tobia**
Address Required
Bloomfield, NJ 07003

**Cigna/The Progressive Corporation**
401 Chestnut Street
Chattanooga TN 37402

**Citibank, N.A.**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Consumer Adjustment Co**
12855 Tesson Ferry Rd
Saint Louis, MO 63128

**Dept Of Ed/Aidvantage**
1891 Metro Center Dr
Reston, VA 20190

**Diane/Virgilio**
110 Birch Street
Bloomfield, NJ 07003

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Discover Bank**
Po Box 15316
Wilmington, DE 19850

**E-Systems Group LLP**
1850 Lefthand Circle
Longmont, CO 80501

**Fein Such Kahn & Shepard**
Attorneys At Law
7 Century Drive, Suite 201
Parsippany NJ 07054

**Hinman Howard & Kattell, LLP**
250 Pehle Avenue
Suite 200
Saddle Brook NJ 07663

**Jpmcb Card**
301 N Walnut St, Floor 09
Wilmington, DE 19801

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**LabCorp Holdings**
531 S. Spring Street
Burlington NC 27215

**Law Offices Parker McCay PA**
9000 Midlantic Drive
Suite 5054
Mount Laurel, NJ 08054

**Macyscbna**
911 Duke Blvd
Mason, OH 45040

**Midland Funding**
320 E Big Beaver Road
Troy MI 48083

**Midland Funding/Wachovia Bank**
320 E Big Beaver Road
Troy MI 48083

**Pnc Bank**
2730 Liberty Av
Pittsburgh, PA 15265

**Pnc Bank**
K A16 2j
Kalamazoo, MI 49009

**Pnc Bank**
P.O.Box 500\K A16 2j
Portage, MI 49081

**PNC Bank, National Association**
PO BOX 94982
Cleveland, OH 44101

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**Pressler Felt & Warshaw**
Attorneys At Law
7 Entin Road
Parsippany, NJ 07054

**Princeton ENT & Sleep LLC**
10 Forrestal Road South
Princeton NJ 08540

**UMCP at Plainsboro Ed NJ**
1 Plainsboro Road
Plainsboro NJ 08536

**US Airways**
111 West Rio Salado Parkway
Tempe, AZ 85281

**Wilmington Savings Fund Society, FSB,**
c/o Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

**Wilmington Savings Fund/CSMC**
Parker McCay P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, NJ 08054

**Wilmington Savings Fund/CSMC**
15480 Laguna Canyon Road
Irvine, CA 92616

**Your Heart Doc LLC/Dr. Rany Saleh**
PO Box 629
Franklin Lakes NJ 07417