Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−19544−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tamer M. Zakhary
   110 Birch Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−9676

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 01/23/2024 and a confirmation hearing on the Modified Plan is scheduled for 3/14/2024 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 24, 2024
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-19544-JKS |
| Tamer M. Zakhary | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 24, 2024 | Form ID: 186 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamer M. Zakhary, 110 Birch Street, Bloomfield, NJ 07003-4018 |
| 520131451 | + | Amit Shah, DPM LLC, 3176 Route 27, Suite 1C, Kendall Park NJ 08824-1514 |
| 520131461 | + | Brad D. Layton, JP Morgan Chase, 900 US Highway 9 North, Suite 600, Woodbridge NJ 07095-1003 |
| 520131462 | + | CACI, 500 Northwest Plaza Drive, Suite 300, Saint Ann MO 63074-2218 |
| 520065275 | | Christopher Tobia, Address Required, Bloomfield, NJ 07003 |
| 520108813 | + | Christopher Tobia, 310 Third Avenue, Rear, Bradley Beach, NJ 07720-1264 |
| 520131463 | + | Cigna/The Progressive Corporation, 401 Chestnut Street, Chattanooga TN 37402-4924 |
| 520065278 | + | Diane/Virgilio, 110 Birch Street, Bloomfield, NJ 07003-4018 |
| 520131454 | + | E-Systems Group LLP, 1850 Lefthand Circle, Longmont, CO 80501-6720 |
| 520131465 | + | Hinman Howard & Kattell, LLP, 250 Pehle Avenue, Suite 200, Saddle Brook NJ 07663-5835 |
| 520131455 | + | LabCorp Holdings, 531 S. Spring Street, Burlington NC 27215-5866 |
| 520065281 | + | Law Offices Parker McCay PA, 9000 Midlantic Drive, Suite 5054, Mount Laurel, NJ 08054-1539 |
| 520065285 | | Pnc Bank, K A16 2j, Kalamazoo, MI 49009 |
| 520065283 | + | Pnc Bank, P.O.Box 500/K A16 2j, Portage, MI 49081-0500 |
| 520131458 | + | Princeton ENT & Sleep LLC, 10 Forrestal Road South, Princeton NJ 08540-6666 |
| 520131459 | + | UMCP at Plainsboro Ed NJ, 1 Plainsboro Road, Plainsboro NJ 08536-1913 |
| 520065287 | + | Wilmington Savings Fund/CSMC, Parker McCay P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 520065286 | + | Wilmington Savings Fund/CSMC, 15480 Laguna Canyon Road, Irvine, CA 92618-2132 |
| 520131460 | + | Your Heart Doc LLC/Dr. Rany Saleh, PO Box 629, Franklin Lakes NJ 07417-0629 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2024 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2024 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2024 23:19:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520108812 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2024 23:19:00 | Barclays Bank/US Airways, 1007 Orange Street, Suite 1541, Wilmington DE 19801-1242 |
| 520065273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 23:23:49 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520131452 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 23:23:50 | Cach of NJ LLC, c/oResurgent Capital Services, PO Box 10497, Greenville SC 29603-0497 |
| 520065272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 23:34:20 | Capital One, Po Box 85064, Glen Allen, VA |

Case 23-19544-JKS    Doc 30    Filed 01/26/24    Entered 01/27/24 00:17:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 186 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520102686 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2024 23:24:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520115589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 23:34:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520065276 | + | Email/Text: EDI@CACIONLINE.NET | Jan 24 2024 23:19:00 | Consumer Adjustment Co, 12855 Tesson Ferry Rd, Saint Louis, MO 63128-2911 |
| 520065279 | | Email/Text: mrdiscen@discover.com | Jan 24 2024 23:19:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520065277 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 24 2024 23:34:26 | Dept Of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520072288 | | Email/Text: mrdiscen@discover.com | Jan 24 2024 23:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520131464 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jan 24 2024 23:19:00 | Fein Such Kahn & Shepard, Attorneys At Law, 7 Century Drive, Suite 201, Parsippany NJ 07054-4609 |
| 520131453 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 23:24:01 | Chase Bank USA, PO Box 15548, Wilmington DE 19886 |
| 520065280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 23:23:16 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520088509 | + | Email/Text: RASEBN@raslg.com | Jan 24 2024 23:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520065282 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 23:34:25 | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520131456 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 23:19:00 | Midland Funding, 320 E Big Beaver Road, Troy MI 48083-1238 |
| 520131457 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 23:19:00 | Midland Funding/Wachovia Bank, 320 E Big Beaver Road, Troy MI 48083-1238 |
| 520121063 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 23:19:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520065284 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 23:19:00 | Pnc Bank, 2730 Liberty Av, Pittsburgh, PA 15265 |
| 520114967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 23:34:20 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520131466 | | Email/Text: signed.order@pfwattorneys.com | Jan 24 2024 23:19:00 | Pressler Felt & Warshaw, Attorneys At Law, 7 Entin Road, Parsippany, NJ 07054 |
| 520127462 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2024 23:19:00 | Wilmington Savings Fund Society, FSB,, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520065274 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Cbna, Ccs Gray Ops Center, Gray, TN 37615 |
| 520108814 | ##+ | US Airways, 111 West Rio Salado Parkway, Tempe, AZ 85281-2878 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 24, 2024 | Form ID: 186 | Total Noticed: 44

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Tamer M. Zakhary fitz2law@gmail.com nadiafinancial@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as owner trustee of CSMC 2019-RPL5 Trust dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as owner trustee of CSMC 2019-RPL5 Trust swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6