Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19544−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tamer M. Zakhary
  110 Birch Street
  Bloomfield, NJ 07003

Social Security No.:
  xxx−xx−9676

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 15, 2024.

Dated: March 15, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-19544-JKS |
| Tamer M. Zakhary | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 15, 2024 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamer M. Zakhary, 110 Birch Street, Bloomfield, NJ 07003-4018 |
| 520131451 | + | Amit Shah, DPM LLC, 3176 Route 27, Suite 1C, Kendall Park NJ 08824-1514 |
| 520131461 | + | Brad D. Layton, JP Morgan Chase, 900 US Highway 9 North, Suite 600, Woodbridge NJ 07095-1003 |
| 520131462 | + | CACI, 500 Northwest Plaza Drive, Suite 300, Saint Ann MO 63074-2218 |
| 520108813 | + | Christopher Tobia, 310 Third Avenue, Rear, Bradley Beach, NJ 07720-1264 |
| 520065275 | | Christopher Tobia, Address Required, Bloomfield, NJ 07003 |
| 520131463 | + | Cigna/The Progressive Corporation, 401 Chestnut Street, Chattanooga TN 37402-4924 |
| 520065278 | + | Diane/Virgilio, 110 Birch Street, Bloomfield, NJ 07003-4018 |
| 520131454 | + | E-Systems Group LLP, 1850 Lefthand Circle, Longmont, CO 80501-6720 |
| 520131465 | + | Hinman Howard & Kattell, LLP, 250 Pehle Avenue, Suite 200, Saddle Brook NJ 07663-5835 |
| 520131455 | + | LabCorp Holdings, 531 S. Spring Street, Burlington NC 27215-5866 |
| 520065281 | + | Law Offices Parker McCay PA, 9000 Midlantic Drive, Suite 5054, Mount Laurel, NJ 08054-1539 |
| 520065285 | | Pnc Bank, K A16 2j, Kalamazoo, MI 49009 |
| 520065283 | + | Pnc Bank, P.O.Box 500/K A16 2j, Portage, MI 49081-0500 |
| 520131458 | + | Princeton ENT & Sleep LLC, 10 Forrestal Road South, Princeton NJ 08540-6666 |
| 520131459 | + | UMCP at Plainsboro Ed NJ, 1 Plainsboro Road, Plainsboro NJ 08536-1913 |
| 520065286 | + | Wilmington Savings Fund/CSMC, 15480 Laguna Canyon Road, Irvine, CA 92618-2132 |
| 520065287 | + | Wilmington Savings Fund/CSMC, Parker McCay P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 520131460 | + | Your Heart Doc LLC/Dr. Rany Saleh, PO Box 629, Franklin Lakes NJ 07417-0629 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2024 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2024 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 21:20:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520144826 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 15 2024 21:12:20 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520108812 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2024 21:20:00 | Barclays Bank/US Airways, 1007 Orange Street, Suite 1541, Wilmington DE 19801-1242 |
| 520065273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 21:27:56 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520131452 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-19544-JKS    Doc 36    Filed 03/17/24    Entered 03/18/24 00:16:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 15, 2024 | Form ID: plncf13 | Total Noticed: 46 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 15 2024 21:12:21 | Cach of NJ LLC, c/oResurgent Capital Services, PO Box 10497, Greenville SC 29603-0497 |
| 520065272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 21:11:59 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520102686 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 21:12:20 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520115589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 21:38:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520065276 | + | Email/Text: EDI@CACIONLINE.NET | Mar 15 2024 21:21:00 | Consumer Adjustment Co, 12855 Tesson Ferry Rd, Saint Louis, MO 63128-2911 |
| 520065279 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 21:19:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520065277 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 15 2024 21:12:46 | Dept Of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520072288 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 21:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520131464 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 15 2024 21:19:00 | Fein Such Kahn & Shepard, Attorneys At Law, 7 Century Drive, Suite 201, Parsippany NJ 07054-4609 |
| 520131453 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 21:39:14 | Chase Bank USA, PO Box 15548, Wilmington DE 19886 |
| 520065280 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 21:12:44 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520088509 | + | Email/Text: RASEBN@raslg.com | Mar 15 2024 21:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520065282 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 21:11:54 | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520131456 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 21:21:00 | Midland Funding, 320 E Big Beaver Road, Troy MI 48083-1238 |
| 520131457 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2024 21:21:00 | Midland Funding/Wachovia Bank, 320 E Big Beaver Road, Troy MI 48083-1238 |
| 520121063 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2024 21:19:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520065284 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2024 21:19:00 | Pnc Bank, 2730 Liberty Av, Pittsburgh, PA 15265 |
| 520114967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 21:11:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520159447 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 21:27:46 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520131466 | | Email/Text: signed.order@pfwattorneys.com | Mar 15 2024 21:19:00 | Pressler Felt & Warshaw, Attorneys At Law, 7 Entin Road, Parsippany, NJ 07054 |
| 520127462 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 21:20:00 | Wilmington Savings Fund Society, FSB,, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520065274 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Cbna, Ccs Gray Ops Center, Gray, TN 37615 |

| | | |
|---|---|---|
| 520108814 | ##+ | US Airways, 111 West Rio Salado Parkway, Tempe, AZ 85281-2878 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Tamer M. Zakhary fitz2law@gmail.com  nadiafinancial@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee of CSMC 2019-RPL5 Trust dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee of CSMC 2019-RPL5 Trust swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6