FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ 07306

Re: TAMER M. ZAKHARY
110 BIRCH STREET
BLOOMFIELD, NJ 07003

Atty: FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ 07306

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 23-19544**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $115,035.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/04/2023 | $1,700.00 | | 01/03/2024 | $1,700.00 | |
| 01/16/2024 | $1,700.00 | | 02/21/2024 | $1,700.00 | |
| 04/03/2024 | $1,700.00 | | 05/03/2024 | $1,935.00 | |
| 06/04/2024 | $1,935.00 | | 07/03/2024 | $1,935.00 | |
| 08/02/2024 | $1,935.00 | | 08/23/2024 | $1,935.00 | |
| 09/24/2024 | $1,935.00 | | 10/10/2024 | $1,935.00 | |
| 11/21/2024 | $1,935.00 | | 12/13/2024 | $1,935.00 | |
| 01/23/2025 | $1,935.00 | | 02/18/2025 | $1,935.00 | |
| 03/11/2025 | $1,935.00 | | 04/28/2025 | $1,935.00 | |
| 05/13/2025 | $1,935.00 | | 06/16/2025 | $1,935.00 | |
| 08/07/2025 | $1,935.00 | | 08/19/2025 | $1,935.00 | |
| 09/30/2025 | $1,935.00 | | 10/14/2025 | $1,935.00 | |
| 11/17/2025 | $1,935.00 | | 12/12/2025 | $1,935.00 | |

**Total Receipts: $49,135.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $49,135.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| RUSHMORE SERVICING | | | | | | |
| | 04/15/2024 | $3,570.00 | 926,042 | 05/10/2024 | $1,780.20 | 927,527 |
| | 06/17/2024 | $1,780.20 | 928,920 | 07/15/2024 | $1,838.25 | 930,399 |
| | 08/19/2024 | $1,838.25 | 931,796 | 09/16/2024 | $1,838.25 | 933,271 |
| | 10/21/2024 | $3,657.15 | 934,644 | 12/16/2024 | $3,637.80 | 937,497 |
| | 02/10/2025 | $1,818.90 | 940,301 | 03/17/2025 | $3,637.80 | 941,660 |
| | 05/12/2025 | $1,818.90 | 944,546 | 05/29/2025 | ($1,818.90) | 944,546 |
| | 06/16/2025 | $3,657.15 | 945,943 | 07/14/2025 | $1,838.25 | 947,389 |
| | 08/18/2025 | $1,838.25 | 948,798 | 09/16/2025 | $1,838.25 | 950,089 |
| | 10/20/2025 | $3,657.15 | 951,508 | 12/15/2025 | $3,637.80 | 954,379 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 23-19544**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,021.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CITIBANK NA | UNSECURED | 310.16 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 411.38 | * | 0.00 | |
| 0004 | CHRISTOPHER TOBIA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CONSUMER ADJUSTMENT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,899.64 | * | 0.00 | |
| 0009 | JPMORGAN CHASE BANK NA | UNSECURED | 2,970.45 | * | 0.00 | |
| 0011 | MACYSCBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,598.84 | * | 0.00 | |
| 0016 | RUSHMORE SERVICING | (NEW) Prepetition A | 95,724.16 | 100.00% | 41,863.65 | |
| 0019 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,786.07 | * | 0.00 | |
| 0020 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | AIDVANTAGE | UNSECURED | 33,585.47 | * | 0.00 | |
| 0025 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | BARCLAYS BANK/US AIRWAYS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | AMIT SHAH DPM LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CACH OF NJ LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | E-SYSTEMS GROUP LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | LABCORP HOLDING | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MIDLAND FUNDING/WACHOVIA BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRINCETON ENT AND SLEEP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | UMCP AT PLAINSBORO ED NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | YOUR HEART DOC LLC/DR. RANY SALEH | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $49,135.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $49,135.00 - Paid to Claims: $41,863.65 - Admin Costs Paid: $7,271.35 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.